FILED
AUG 19 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-078-JAD |
| MIGUEL CARRASCO, aka Fuska, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on August 19, 2013, defendant MIGUEL CARRASCO, aka Fuska, pled guilty to a One-Count Superseding Criminal Information charging him with Possession of a Firearm During a Crime of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A). Superseding Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds defendant MIGUEL CARRASCO, aka Fuska, agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Superseding Criminal Information and agreed to in the Plea Agreement. Superseding Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Information, the Plea Agreement, and the offense to which defendant

. . .

1 MIGUEL CARRASCO, aka Fuska, pled guilty. Superseding Criminal Information, ECF No. ___;
2 Plea Agreement, ECF No. ___.
3   The following assets are subject to forfeiture pursuant to Title 18, United States Code,
4 Section 924(d)(1) and Title 28, United States Code, Section 2461(c):
5     1.  a .38 caliber firearm;
6     2.  a .40 caliber firearm; and
7     3.  any and all ammunition (all of which constitutes "property").
8   This Court finds the United States of America is now entitled to, and should, reduce the
9 aforementioned property to the possession of the United States of America.
10   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
11 United States of America should seize the aforementioned property.
12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
13 MIGUEL CARRASCO, aka Fuska, in the aforementioned property is forfeited and is vested in the
14 United States of America and shall be safely held by the United States of America until further order
15 of the Court.
16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
17 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
18 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
19 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
20 the name and contact information for the government attorney to be served with the petition,
21 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
23 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
24   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
25 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
26 following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 19th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE